In the Matter of SYDNEY VALE STOLDT, an attorney at law.

May 22, 1962. Suspension lifted and respondent restored to the practice of law.

In the Matter of ALFRED F. ORSINI, an attorney at law.

For the order: *Mr. David J. Goldberg.*

For the respondent: *Mr. Eugene A. Liotta.*

June 4, 1962. Respondent suspended for six months and until the further order of the court. Opinion reported at 37 *N. J.* 500.

In the Matter of A. LEONARD BLUESTEIN, an attorney at law.

For the order: *Mr. Bernard Feinberg.*

April 2, 1962. Name of respondent stricken from the roll of attorneys at law. Opinion reported at 37 *N. J.* 167.